| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
| |     hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
| |     borden@braunhagey.com |
| 3 | David H. Kwasniewski, Esq. (SBN: 281985) |
| |     kwasniewski@braunhagey.com |
| 4 | Tracy O. Zinsou, Esq. (SBN: 295458) |
| |     zinsou@braunhagey.com |
| 5 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 6 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 7 | Facsimile: (415) 276-1808 |
| 8 | ATTORNEYS FOR DEFENDANT |
| | BA SPORTS NUTRITION, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, HEATHER PEFFER, DONOVAN MARSHALL, ALEXANDER HILL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BA SPORTS NUTRITION, LLC, <br><br> Defendant. | Case No. 3:20-cv-00633-SI <br><br> **DECLARATION OF MATTHEW BORDEN IN SUPPORT OF DEFENDANT BA SPORTS NUTRITION, LLC'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)** <br><br> **Date:** August 28, 2020 <br> **Time:** 10:00 a.m. <br> **Judge:** Hon. Susan Illston <br> **Court Rm.:** 1 |

I, Matthew Borden, declare:

1. I am an attorney licensed to practice before this Court and am counsel of record for Defendant BA Sports Nutrition, LLC ("BodyArmor") in the above-captioned action. I make this declaration based on personal knowledge. If called as a witness, I could, and would, testify competently to the facts stated herein.

2. Attached as **Exhibit 1** is a true and correct copy of an advertisement posted by Plaintiffs' lawyers on TopClassActions.com, titled "BodyArmor SuperDrink Class Action Investigation" and dated November 25, 2019. The advertisement was retrieved using the Internet Archive Wayback Machine at web.archive.org.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 21, 2020

Matthew Borden

# EXHIBIT 1



# BodyArmor SuperDrink Class Action Investigation

FOLLOW ARTICLE

By Top Class Actions
November 25, 2019

## Who's Affected?



**Did you purchase BodyArmor SuperDrink?**

Sports drinks are big business in the United States. Sports drinks sales are estimated to be around $6.6 billion annually. Nevertheless, substantial concerns have been raised about their efficacy and link to disease.

BA Sports Nutrition ("BA"), the maker of BodyArmor SuperDrink, is one of the largest sports drink retailers in the country. BA reported approximately $400 million in sales for 2018.



## GET HELP – IT'S FREE

### Join a Free BodyArmor Class Action Lawsuit Investigation

If you qualify, an attorney will contact you to discuss the details of your potential case at no charge to you.

PLEASE NOTE: If you want to participate in this investigation, it is imperative that you reply to the law firm if they call or email you. Failing to do so may result in you not getting signed up as a client or getting you dropped as a client.

E-mail any problems with this form to:
**Questions@TopClassActions.com**.

**First Name** *

Start a Class Action

However, the company may be misleading its customers about the benefits of drinking BodyArmor SuperDrink.

Indeed, BA recently was forced to defend itself against deceptive marketing claims before the complaints division of the Better Business Bureau, called the NAD. The NAD agreed with the complaints and recommended, on multiple occasions, that BA alter BodyArmor marketing by dropping several claims, but BA refuses to do so. Its retail sales doubled in 2018.

**If you purchased BodyArmor SuperDrink for yourself or your kids, you may qualify to join this BodyArmor false advertising class action lawsuit investigation.**

**Learn more by filling out the short form on this page.**

## BodyArmor SuperDrink False Advertising Class Action Lawsuit Investigation

BA Body Armor Super Drink purports to provide "SUPERIOR HYDRATION" as compared to other beverages.

Attorneys working with Top Class Actions are investigating whether BA lacks sufficient scientific evidence to back up such claims, which may render their labeling and advertising

Last Name *

Street Address *

City *

State *

Alabama

Zip Code *

Phone *

Email *

**Are you willing to speak with an attorney about this situation? ***

☐ Yes

☐ No

deceptive and unlawful.

They are also investigating other important matters with respect to their advertising, including the implication that BodyArmor SuperDrink is good for your body and health.

**If you purchased Body Armor Super Drink, you may qualify to join this false advertising class action lawsuit investigation.**

**See if you qualify by filling out the form on this page.**

**What is your preferred form of contact with the attorney? ***

☐ Email

☐ Phone

**Did you purchase BodyArmor SuperDrink? ***

☐ Yes

☐ No

**What drink(s) did you purchase? ***

**When did you purchase BodyArmor Sports Drink? ***

**Please include additional details.**

**¿Necesita un orador español?**

☐ Sí

☐ No

**Get Our Newsletter**

We tell you about cash you can claim every week! Subscribe to our free newsletter today.

☐ Yes, sign me up!

**Any information you submit to Top Class Actions may be shared with attorneys or law firms to facilitate formation of an attorney-client relationship. As such, it is intended that the information will be protected by attorney-client privilege, but it is possible that Top Class Actions or such attorneys may be ordered by a court of law to produce such information in certain legal situations. Also, you are not formally represented by a law firm unless and until a contract of representation is signed by you and the law firm. \***

☐ I understand and agree

After you fill out the form, the attorneys who work with Top Class Actions will contact you if you qualify to let you know if an individual lawsuit or class action lawsuit is best for you.

## ATTORNEY ADVERTISING

The choice of a lawyer is an important decision and should not be based solely on advertisements.

Counsel responsible for this advertisement:

**Kaplan Fox & Kilsheimer LLP**

**Reese LLP**

**PAID ATTORNEY ADVERTISEMENT: THIS WEB PAGE IS AN ADVERTISEMENT AND THE PARTICIPATING ATTORNEY(S) ARE INCLUDED BECAUSE THEY PAY AN ADVERTISING FEE.** Top Class Actions is not a law firm, lawyer referral service, or prepaid legal services plan. We do not endorse or recommend any third-party claims processing company, lawyer, or law firm who participates in the network. We do not make any representation, and have not made any judgment, as to the qualifications, expertise, or credentials of any participating lawyer or processing group. No representation is made that the quality of the legal services or claims processing to be performed is greater than the quality of legal services or claims processing performed by other lawyers or claims processing group. The information contained herein is not legal advice. Any information you submit to Top Class Actions does not create an attorney-client relationship and might not be protected by attorney-client privilege. Instead, your information will be forwarded to an attorney or claims processing firm for the purpose of a confidential review and potential representation. You should not use this website to submit confidential, time-sensitive, or privileged information. All photos contained on this website are of models and do not depict clients.

**Top Class Actions is a Proud Member of the American Bar Association**

**LEGAL INFORMATION IS NOT LEGAL ADVICE**

This site provides information about the law and lawsuits and is designed to help users safely cope with their own legal needs. Legal information is NOT the same as legal advice - the application of law to an individual's specific circumstances. Although we go to great lengths to make sure our information is accurate and useful, we recommend you consult a lawyer if you want professional assurance that our information, and your interpretation of it, is appropriate to your particular situation. **You should consider all postings or writings at TopClassActions.com by staff or others as personal opinion only and NOT the advice of a lawyer.** Top Class Actions Legal Statement

©2008 – 2019 Top Class Actions® LLC

Various Trademarks held by their respective owners

Please note: Top Class Actions is not a settlement administrator or law firm. Top Class Actions is a legal news source that reports on class action lawsuits, class action settlements, drug injury lawsuits and product liability lawsuits. Top Class Actions does not process claims and we cannot advise you on the status of any class action settlement claim. You must contact the settlement administrator or your attorney for any updates regarding your claim status, claim form or questions about when payments are expected to be mailed out.

ATTORNEY ADVERTISING

HOME   NEWS   SETTLEMENTS   INVESTIGATIONS   ATTORNEYS   SERVICES   FAQ   LEGAL NOTICE

CONTACT US



© 2019 Top Class Actions LLC. All right reserved.   |   Legal Notice   |   Contact Us