UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>        Defendant. | Case No. 20-cv-00633-SI<br><br>**ORDER STAYING RETURN DATE ON DEFENDANT'S SUBPOENA AND SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: Dkt. Nos. 62, 64 |

The parties have filed letter briefs regarding a dispute over a subpoena to produce documents served on plaintiffs' counsel, with a return date of October 9, 2020. After review of the letters, the Court finds that the issues raised would benefit from additional briefing. The Court STAYS the return date of the subpoena until the Court resolves the underlying disputes.

The Court sets the following briefing schedule: plaintiffs shall file a motion to quash by October 15; defendant shall file an opposition by October 23; plaintiffs shall file a reply by October 28; and the Court will schedule a hearing for November 6 at 10 a.m. If the Court determines that a hearing is unnecessary, the Court will vacate the hearing no later than November 4.

**IT IS SO ORDERED**.

Dated: October 7, 2020

SUSAN ILLSTON
United States District Judge