| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Mario M. Choi (SBN 243409)<br>mchoi@kaplanfox.com<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Maia C. Kats (*pro hac vice*)<br>mkats@kaplanfox.com<br>6109 32nd Place, Northwest<br>Washington, DC 20015<br>Telephone: (202) 669-0658<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Donald R. Hall (*pro hac vice* to be sought)<br>dhall@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714 | **REESE LLP**<br>Michael R. Reese (SBN 206773)<br>mreese@reesellp.com<br>100 West 93rd Street, 16th Floor<br>New York, NY 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>**REESE LLP**<br>George V. Granade (SBN 316050)<br>ggranade@reesellp.com<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>Facsimile: (212) 253-4272 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC SILVER, HEATHER PEFFER, ALEXANDER HILL, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BA SPORTS NUTRITION, LLC,<br><br>　　　　　　　Defendant. | Case No. 3:20-cv-00633-SI<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE PLAINTIFFS' AMENDED REPLY IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**<br><br>Judge:　　　Hon. Susan Illston<br>Courtroom:　1, 17th Floor<br>Hearing Date: November 10, 2020<br>Hearing Time: 10:00 a.m. |

In its October 23, 2020 opposition to Plaintiffs' Motion to Quash [Dkt. 68], Defendant BA Sports Nutrition, LLC argued that the subpoenas it issued to Plaintiffs' counsel were proper and should not be quashed. As part of its argument, Defendant relied on this Court's decision in *Clark v. The Hershey Co.*, No. C 18-06113 WHA, 2019 WL 913603 (N.D. Cal. Feb. 25, 2019), for support. *Id.* at 15.

While Plaintiffs immediately distinguished *Hershey* in their Reply in further support of their Motion to Quash [Dkt. 69], they did not learn how disingenuous Defendant's reliance on *Hershey* as support for the subpoenas actually was until October 27, 2020. On this date, Plaintiffs learned far more than appeared through research on Westlaw. Contrary to Defendant's contention of support, in *Hershey*, Judge Alsup *sanctioned* Defense counsel BraunHagey & Borden LLP and the law firm quickly thereafter withdrew from the case. *See* Am. Decl. of Maia Kats, dated Oct. 27, 2020, Ex. 2.

Accordingly, Plaintiffs request that their Amended Reply in Further Support of Motion to Quash Subpoenas, which remains timely pursuant to the Court's briefing schedule and is attached hereto, be accepted.

Respectfully submitted,

DATED: October 27, 2020    By: */s/ Laurence D. King*
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707
lking@kaplanfox.com
mchoi@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Maia C. Kats (*pro hac vice*)
mkats@kaplanfox.com
6109 32nd Place, Northwest
Washington, DC 20015
Telephone: (202) 669-0658

|   |   |
|---|---|
| 1 | **KAPLAN FOX & KILSHEIMER LLP** |
| 2 | Donald Hall (*pro hac vice* to be filed) |
|   | *dhall@kaplanfox.com* |
| 3 | 850 Third Avenue |
|   | New York, NY 10022 |
| 4 | Telephone: (212) 687-1980 |
|   | Facsimile: (212) 687-7714 |

**KAPLAN FOX & KILSHEIMER LLP**
Donald Hall (*pro hac vice* to be filed)
*dhall@kaplanfox.com*
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade II (SBN 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs Marc Silver, Heather Peffer, Alexander Hill, and the Proposed Class*