| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP**<br>Laurence D. King (SBN 206423)<br>lking@kaplanfox.com<br>Mario M. Choi (SBN 243409)<br>mchoi@kaplanfox.com<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: (415) 772-4700<br>Facsimile: (415) 772-4707<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Maia C. Kats (*pro hac vice*)<br>mkats@kaplanfox.com<br>6109 32nd Place, Northwest<br>Washington, DC 20015<br>Telephone: (202) 669-0658<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Donald R. Hall (*pro hac vice* to be sought)<br>hall@kaplanfox.com<br>850 Third Avenue, 14th Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>*Attorneys for Plaintiffs* | **REESE LLP**<br>Michael R. Reese (SBN 206773)<br>mreese@reesellp.com<br>100 West 93rd Street, 16th Floor<br>New York, NY 10025<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>**REESE LLP**<br>George V. Granade (SBN 316050)<br>ggranade@reesellp.com<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Telephone: (310) 393-0070<br>Facsimile: (212) 253-4272 |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC SILVER, HEATHER PEFFER, ALEXANDER HILL, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>BA SPORTS NUTRITION, LLC,<br><br>                Defendant. | Case No. 3:20-cv-00633-SI<br><br>**<u>CLASS ACTION</u>**<br><br>**AMENDED DECLARATION OF MAIA C. KATS IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO QUASH SUBPOENAS**<br><br>Judge: Hon. Susan Illston<br>Ctrm: 1, 17th Floor<br>Date: November 6, 2020<br>Time: 10:00 a.m. |

I, Maia C. Kats, declare as follows:

1. I am Of Counsel at Kaplan Fox & Kilsheimer LLP, counsel for plaintiffs Marc Silver, Heather Peffer, and Alexander Hill ("Plaintiffs"). I submit this Declaration in support of Plaintiffs' Reply in Further Support of their Motion to Quash Defendant's Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. I have personal knowledge of the facts stated in this Declaration and, if called a witness, I could and would testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of an October 22, 2020 email from Maia Kats to Matthew Borden concerning the scheduling of Plaintiffs' depositions.

3. Attached hereto as Exhibit 2 are true and correct copies of the following filings in the matter entitled *Clark v. The Hershey Co.*, No. C 18-6113 WHA (N.D. Cal.):

    a. Dkt. 51, March 4, 2019 Transcript of Proceedings

    b. Dkt. 49, March 4, 2019 Order Following Discovery Hearing

    c. Dkt. 82, April 16, 2019 Notice of Withdrawal and Substitution of Counsel for Defendant The Hershey Company

4. I also respond to Defense counsel's representation that Plaintiffs' counsel was offered a two-week extension on the return date of the subpoenas and that Plaintiffs' counsel rejected the offer and, in purported bad faith, filed a letter brief with the Court. *See* Dkt. 68-1 at ¶ 10. This statement is erroneous. Defendant's counsel only offered Plaintiffs' counsel an additional two weeks to *produce documents* in connection with the subpoenas. Defense counsel refused to extend the return date for the Subpoenas in order to enable further discussion and/or joint letter briefing as to their propriety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of October, 2020, in Washington, District of Columbia.

                                         */s/ Maia C. Kats*
                                         Maia C. Kats