| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
|   | hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
|   | borden@braunhagey.com |
| 3 | David H. Kwasniewski, Esq. (SBN: 281985) |
|   | kwasniewski@braunhagey.com |
| 4 | Tracy O. Zinsou, Esq. (SBN: 295458) |
|   | zinsou@braunhagey.com |
| 5 | BRAUNHAGEY & BORDEN LLP |
|   | 351 California Street, 10th Floor |
| 6 | San Francisco, CA 94104 |
|   | Telephone: (415) 599-0210 |
| 7 | Facsimile: (415) 599-0210 |
| 8 | ATTORNEYS FOR DEFENDANT |
|   | BA SPORTS NUTRITION, LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, HEATHER PEFFER, ALEXANDER HILL, individually and on behalf of all others similarly situated, | Case No: 3:20-cv-00633-SI |
| Plaintiffs, | **DECLARATION OF MATTHEW BORDEN COMPLYING WITH OCTOBER 29, 2020 COURT ORDER** |
| v. | **Judge:** Hon. Susan Illston |
| BA SPORTS NUTRITION, LLC, | **Ctrm.:** 1, 17th Floor |
| Defendant. | Complaint filed: January 28, 2020 |

Case No. 3:20-cv-00633-SI
DECLARATION OF MATTHEW BORDEN COMPLYING WITH OCTOBER 29, 2020 COURT ORDER

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and am counsel of record for Defendant BA Sports Nutrition, LLC. I make this declaration based on personal knowledge and in compliance with the Court's October 29, 2020 Order (Dkt. No. 71).

2. Pursuant to this Court's Order, I attest that I have reviewed the Northern District of California's Guidelines for Professional Conduct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 4, 2020

_____
Matthew Borden