1 | J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
2 | Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
3 | David H. Kwasniewski, Esq. (SBN: 281985)
    kwasniewski@braunhagey.com
4 | Tracy O. Zinsou, Esq. (SBN: 295458)
    zinsou@braunhagey.com
5 | BRAUNHAGEY & BORDEN LLP
  | 351 California Street, 10th Floor
6 | San Francisco, CA 94104
  | Telephone: (415) 599-0210
7 | Facsimile: (415) 599-0210

8 | ATTORNEYS FOR DEFENDANT
  | BA SPORTS NUTRITION, LLC

9

10

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA**

13

14

15 | MARC SILVER, HEATHER PEFFER, ALEXANDER HILL, individually and on behalf of all others similarly situated,

16 |

17 | Plaintiffs,

18 | v.

19 | BA SPORTS NUTRITION, LLC,

20 | Defendant.

Case No: 3:20-cv-00633-SI

**DECLARATION OF J. NOAH HAGEY COMPLYING WITH OCTOBER 29, 2020 COURT ORDER**

**Judge:** Hon. Susan Illston
**Ctrm.:** 1, 17th Floor

Complaint filed: January 28, 2020

21

22

23

24

25

26

27

28

Case No. 3:20-cv-00633-SI

DECLARATION OF J. NOAH HAGEY COMPLYING WITH OCTOBER 29, 2020 COURT ORDER

1    I, J. Noah Hagey, declare:

2    1.    I am licensed to practice before this Court and am counsel of record for Defendant

3 BA Sports Nutrition, LLC.  I make this declaration based on personal knowledge and in

4 compliance with the Court's October 29, 2020 Order (Dkt. No. 71).

5    2.    Pursuant to this Court's Order, I attest that I have reviewed the Northern District of

6 California's Guidelines for Professional Conduct.

7    I declare under penalty of perjury under the laws of the United States that the foregoing is

8 true and correct.

9

10 Dated:  November 4, 2020

J. Noah Hagey

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF J. NOAH HAGEY COMPLYING WITH OCTOBER 29, 2020 COURT ORDER