# EXHIBIT 3

| | **PLAINTIFFS' OBJECTIONS** | **PAGE(S)** |
|---|---|---|
| 1. | MS. KATS: Objection. Matt, I'm going to ask you to -- are you talking about now or in the past or what is your time frame? | 11:17-19 |
| 2. | MS. KATS: Objection. You know, answer the question if you can answer it, but as – as counsel informed you, don't try and -- | 23:1-3 |
| 3. | MS. KATS: Objection. Asked and answered. He's already explained that he doesn't remember his first purchase. | 27:20-22 |
| 4. | MS. KATS: You're violating these rules by going on and on when he's told you he doesn't remember. You just -- | 28:4-6 |
| 5. | MS. KATS: Objection. That is a mischaracterization of his testimony, and he's told you again and again that he cannot remember. | 32:3-5 |
| 6. | MS. KATS: It's also not appropriate to put words in the witness' mouth, so objection and that is what you are doing. | 32:16-18 |
| 7. | MS. KATS: Objection. If you can remember. | 34:9-10 |
| 8. | MS. KATS: Objection to the extent you're all for -- | 36:18-19 |
| 9. | MS. KATS: Objection, Matt. What time period? You're asking for memory -- | 37:19-20 |
| 10. | MS. KATS: Objection. You're mischaracterizing his testimony. | 38:18-19 |
| 11. | MS. KATS: Objection. Matt, could you give us -- are we talking when? | 40:12-13 |
| 12. | MS. KATS: Objection. Asked and answered asked and answered, asked and answered and asked and answered already, Matt. He has told you multiple times -- | 41:2-5 |
| 13. | MS. KATS: You do not get to just keep asking and answer when he has told you he cannot -- | 41:11-12 |
| 14. | MS. KATS: He has told you he doesn't remember. | 41:15-16 |

| 15. | MS. KATS: You're just trying to talk until you get the answer you want until he changes his answer. That is not appropriate questioning. | 41:21-23 |
| --- | --- | --- |
| 16. | MS. KATS: I am not obstructing this deposition. | 42:1-2 |
| 17. | MS. KATS: Objection. What is the question, Matt? | 43:11-12 |
| 18. | MS. KATS: Objection. That is a mischaracterization of the testimony for about the fifth time. Objection. | 43:23-25 |
| 19. | MS. KATS: Again, objection to form. It's vague, ambiguous. It's been asked and answered. It's been responded to. Objection. At some point, I'm going to instruct him not to answer because you don't accept his answer. | 44:9-13 |
| 20. | MS. KATS: Okay. Objection. It's asked and answered. | 53:22-23 |
| 21. | MS. KATS: Objection. Objection. Asked and answered. | 54:4-5 |
| 22. | MS. KATS: (Cross talk) that's right but I am going to object to the extent -- | 54:8-9 |
| 23. | MS. KATS: Matt, I don't have to let you put words in his mouth. | 54:12-13 |
| 24. | MS. KATS: If you can remember beyond what you have said already. | 54:16-17 |
| 25. | MS. KATS: Objection. That's a mischaracterization of the testimony. | 56:3-4 |
| 26. | MS. KATS: Objection. He has stated again and again that he cannot remember with clarity a 2014 purchase. | 56:17-19 |
| 27. | MS. KATS: Five times I let him answer your question, Matt, but you don't like the answer. You don't get to harass him. | 57:12-14 |
| 28. | MS. KATS: In 2014, testify to what you can remember and testify whether your memory was clear or not as to what you did in 2014 consistent with your earlier testimony. | 57:17-20 |
| 29. | MS. KATS: Hold on. I object. This is compound. I'm sensing that this witness is confused already by the nature of the questioning. You're | 61:5-9 |

|  |  |  |
|---|---|---|
|  | going to have to break it down, Matt. This is a really complex instruction. |  |
| 30. | MS. KATS: Wait a minute. Matt, objection. What -- you're not asking him about the entire period for taste unless I missed something. | 62:23-25 |
| 31. | MS. KATS: Hold on. Objection. I am going to object to all of these questions because it's not clear to me what you're asking, whether the natural flavors -- the advertising that there were natural flavors or that it has natural flavors. There's a whole lack of foundation on all of these. | 64:4-9 |
| 32. | MS. KATS: Objection. Is this with respect to Bodyarmor and his knowledge that had those in it? | 65:16-18 |
| 33. | MS. KATS: He doesn't understand what you're asking. I don't understand. Nobody understands what you're -- just say, is this about Bodyarmor? | 65:24-66:2 |
| 34. | MS. KATS: Yes, but you're asking about all kinds of products. So are you asking him, did you know that Bodyarmor had potassium and that was important to you? What are you asking him, Matt? | 66:5-8 |
| 35. | MS. KATS: Objection. What about Bodyarmor? I'm not -- I'm going to instruct him -- you know, what about Bodyarmor, that it had it, that he knew it had it, that it's on the advertising, that it's on the label? What? What are you asking? Just specify it. | 66:18-23 |
| 36. | MS. KATS: So again, objection. I – why don't you ask a full question about antioxidant. Ask the question so we know what your question is very -- | 70:10-13 |
| 37. | MS. KATS: I'm asking you to clarify. Are you saying that he liked the antioxidants content, and therefore he bought the product? What are you asking? | 71:3-6 |

| 38. | MS. KATS: In his -- in 2014, in his decision to purchase the product in 2014? | 71:9-10 |
| --- | --- | --- |
| 39. | MS. KATS: He has testified -- asked and answered (cross talk). | 71:14-15 |
| 40. | MS. KATS: Objection. You've just changed the question, Matt. | 72:8-9 |
| 41. | MS. KATS: 2014 purchase or -- but what are you asking about these? | 72:12-13 |
| 42. | MS. KATS: Because you are going through all this and sticking numbers on a chart as though they mean something and they mean -- | 72:19-21 |
| 43. | MS. KATS: If he can. If he's clear on the questions, but you started 2014 and then you said, well, across -- | 73:24-74:1 |
| 44. | MS. KATS: I'm going to tell the client and instruct him to answer if he can remember and if he is clear about the question. | 75:18-20 |
| 45. | MS. KATS: Objection. Is there a question pending? | 83:24-25 |
| 46. | MS. KATS: Objection. Could the court reporter read back the question? | 84:4-5 |
| 47. | MS. KATS: Objection. You have mischaracterized his testimony. | 84:23-25 |
| 48. | MS. KATS: No, I will not let you mischaracterize his testimony. | 85:16-17 |
| 49. | MS. KATS: Do not answer this question. I'm going to state what I have to state | 86:2-3 |
| 50. | MS. KATS: You are not supposed to falsify his testimony. He never said he considered these things. You are saying that. He said he didn't know. | 86:24-87:2 |
| 51. | MS. KATS: No, I am trying to protect him from you because you are mischaracterizing what he's saying. | 87:5-7 |
| 52. | MS. KATS: You are mischaracterizing his testimony, and I have the right to say that. | 87:10-11 |

| 53. | MS. KATS: To the extent you're saying these went into his purchase decision, I object. | 87:16-17 |
|---|---|---|
| 54. | MS. KATS: Objection. If you can answer this, if you understand the question, do, but if you don't, don't answer it. | 89:9-11 |
| 55. | MS. KATS: Don't guess. If you understand the question, answer it. If you don't, do not answer. Ask for a clarification. | 89:19-21 |
| 56. | MS. KATS: He's not an expert nutritionist. Objection. | 90:15-16 |
| 57. | MS. KATS: Objection. Is -- this calls for an expertise. | 91:3-4 |
| 58. | MS. KATS: Objection. Vague and -- it's vague. | 91:16-17 |
| 59. | MS. KATS: Objection. Calls for expertise. | 92:3-4 |
| 60. | MS. KATS: Mischaracterizing testimony. Objection. | 93:2 |
| 61. | MS. KATS: No, not all the speaking objections. All the mischaracterizations. | 93:24-25 |
| 62. | MS. KATS: I think he's -- no, that's what he said. | 94:4-5 |
| 63. | MS. KATS: If you remember. | 94:11 |
| 64. | MS. KATS: Asked and answered. | 95:8, 95:19 |
| 65. | MS. KATS: I'm going to put on the record that the transcript won't reflect that you're laughing because you don't understand the question. So if you don't understand it, you need to state that. | 96:1-5 |
| 66. | MS. KATS: You know what, Matt, I – I get to speak when I want to make an objection and when you've mischaracterized his testimony. I will not let you trick this -- this plaintiff. That is what you have done. | 97:6-10 |
| 67. | MS. KATS: No, it's not simple. Nothing about you is simple. Let me be clear. You are a Coca-Cola Bodyarmor attorney. You are not simple. So do not pretend that you're not trying to trick him because you are. | 97:14-18 |
| 68. | MS. KATS: I just told you umpteen times -- | 97:20-21 |

5

| 69. | MS. KATS: -- he's not an expert. Now are you now asking his opinion | 97:24-25 |
| --- | --- | --- |
| 70. | MS. KATS: Thank you for that narrative, and I would just ask you to respect the witness' testimony, and then we will go very smoothly. | 100:17-19 |
| 71. | MS. KATS: Objection. Leading question. I do get to object, so I'm going to ask the witness to pause so that I can place an objection. Objection to form. | 100:24-101:2 |
| 72. | MS. KATS: Objection. I don't know. What is your question, Matt? I'm sorry. | 115:15-16 |
| 73. | MS. KATS: Asked and answered. Asked and answered. Mr. Borden, you're trying to elicit testimony that he's already told you twice he can't --- | 120:1-4 |
| 74. | MS. KATS: I'm blocking you from doing multiple passes until you get something that suits you when he's told you he cannot answer the question. | 120:8-11 |
| 75. | MS. KATS: Objection. He clearly doesn't understand your -- | 124:15-16 |
| 76. | MS. KATS: He doesn't understand the question, so I'm asking you | 125:21-22 |
| 77. | MS. KATS: You know what, that -- that is not true. He's telling you he doesn't answer it and I'm asking you to save the Court time, to save me time, to refine your question because he doesn't understand it. | 126:11-15 |