UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>        Defendant. | Case No. 20-cv-00633-SI<br><br>**ORDER RE: PLAINTIFFS' DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. Nos. 84, 86 |

On January 13, 2021, plaintiffs filed a letter brief regarding the December 8, 2020 deposition of plaintiff Marc Silver. The letter requests "input from the Court" regarding a dispute that has arisen between counsel about Mr. Silver's deposition. The next day, defendant filed a motion for sanctions based on counsel's conduct at Mr. Silver's deposition. The motion for sanctions is scheduled for a hearing on February 19, 2021.

The Court will address the issues arising out of Mr. Silver's deposition through the motion for sanctions. Plaintiffs may present their arguments in their opposition to the sanctions motion rather than through letter briefs.

**IT IS SO ORDERED**.

Dated: January 20, 2021

                                            SUSAN ILLSTON
                                            United States District Judge