UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>Defendant. | Case No. 20-cv-00633-SI<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 99 |

Plaintiffs have filed a motion for leave to file a motion for partial reconsideration of this Court's Order Granting in Part and Denying in Part Defendant's Motion for Sanctions. The Court concludes that plaintiffs have not shown that reconsideration is warranted and accordingly the motion is DENIED.

**IT IS SO ORDERED**.

Dated: March 17, 2021

SUSAN ILLSTON
United States District Judge