United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>　　　　　　Defendant. | Case No. 20-cv-00633-SI<br><br>**ORDER RE: APPOINTMENT OF SPECIAL MASTER**<br><br>Re: Dkt. No. 101 |

Pursuant to Federal Rule of Civil Procedure 53(b)(1), the Court hereby provides the parties notice that it intends to appoint Martin Quinn of JAMS as a Special Master to oversee discovery in this case, unless the parties agree on a different individual. If the parties wish to jointly propose a different individual to act as Special Master, the parties shall file a letter doing so no later than **March 26, 2021**.

**IT IS SO ORDERED**.

Dated: March 19, 2021

　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　United States District Judge