# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BA SPORTS NUTRITION, LLC, <br><br> Defendant. | Case No. 20-cv-00633-SI <br><br> **ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION** <br><br> Re: Dkt. No. 112 |

Defendant has filed a motion for summary judgment and noticed the hearing for June 11, 2021. Plaintiffs have filed an administrative motion seeking an extension of time to file the opposition brief, stating *inter alia* that there are discovery matters pending before Special Master Quinn that may impact the summary judgment motion. Defendant opposes any extension and states that defense counsel has an upcoming vacation planned, although counsel does not state when he is unavailable.

The Court finds that it is in the interest of judicial efficiency for Special Master Quinn to resolve the pending discovery matters before the Court rules on the summary judgment motion. Accordingly, the Court directs the parties to meet and confer and contact Mr. Quinn regarding scheduling with respect to the discovery matters. Once a schedule is set, the parties shall file a joint letter informing the Court of that schedule as well as counsel's unavailability this summer. Upon receipt of the parties' letter, the Court will set a briefing schedule and hearing date on defendants' motion for summary judgment.

**IT IS SO ORDERED**.

Dated: May 17, 2021

_____
SUSAN ILLSTON
United States District Judge