**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

[Additional attorneys on signature page.]

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC SILVER and ALEXANDER HILL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>                    Defendant. | Case No. 3:20-cv-00633-SI<br><br>**NOTICE OF FILING OF SPECIAL MASTER'S ORDER NO. 1**<br><br>Judge:           Hon. Susan Illston<br>Courtroom:   1, 17th Floor<br>Date:             N/A<br>Time:             N/A |

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, at the request of the Court-appointed Special Discovery Master, Plaintiffs Marc Silver and Alexander Hill hereby file with the Court Special Master's Order No. 1: Order re Defendant's Motion for Relief for Violation of Court's Sanctions Order and for Order to Show Cause (No hrg.).

The Special Master's Order No. 1 is attached hereto as Attachment A.

Respectfully submitted,

DATED: June 2, 2021           **KAPLAN FOX & KILSHEIMER LLP**

By:    /s/ Mario M. Choi
           Mario M. Choi

Laurence D. King
Maia C. Kats (*pro hac vice*)
Mario M. Choi
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707

**KAPLAN FOX & KILSHEIMER LLP**
Donald R. Hall (*pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**REESE LLP**
Michael R. Reese (SBN 206773)
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

**REESE LLP**
George V. Granade II (SBN 316050)
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA 90211
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs*