1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14

MARC SILVER, *et al*.,

Plaintiffs,

v.

BA SPORTS NUTRITION, LLC,

Defendant.

Case No.  20-cv-00633-SI

**ORDER VACATING CLASS CERTIFICATION DEADLINES AND SETTING CASE MANAGEMENT CONFERENCE FOR AUGUST 13, 2021 AT 3:00 PM**

Re: Dkt. No. 117

15
16
17
18

The Court has reviewed plaintiffs' motion for an extension of time to file the class certification motion and defendant's response thereto.  The parties appear to agree that the current class certification deadlines should be vacated, but agree on little else.

19
20
21
22

In light of the pending and ongoing discovery disputes which are presently before the Special Master, the Court finds it appropriate to VACATE the class certification schedule.  The Court notes that the Special Master has recently ordered defendant to respond to plaintiffs' first set of interrogatories and that there is an upcoming discovery hearing set later in July.

23
24
25
26
27
28

The Court finds that the most efficient course is to set a case management conference for August 13 at 3:00 p.m., at which time the Court will set schedules for resolving defendant's motion for summary judgment and class certification.  The parties shall file a succinct, non-argumentative joint case management conference statement by August 6.  That statement shall include a list of any discovery matters pending before the Special Master and the status thereof; any schedule for the production of documents or interrogatory responses as well as any scheduled depositions; and the

parties' proposals on schedules for resolving the summary judgment motion and class certification.

**IT IS SO ORDERED**.

Dated: July 19, 2021

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California