UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*,<br><br>                Plaintiffs,<br><br>   v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>                Defendant. | Case No. 20-cv-00633-SI<br><br>**ORDER RE: BRIEFING SCHEDULE ON DEFENDANT'S OBJECTION TO SPECIAL MASTER'S ORDER NO. 2**<br><br>Re: Dkt. Nos. 120, 124 |

On July 30, 2021, defendant filed a timely objection to the Special Master's Order No. 2. The Court directs plaintiffs to file a response by August 6, and defendant may file a reply by August 11. The Court will then take the matter under submission.

**IT IS SO ORDERED**.

Dated: August 2, 2021

                                        SUSAN ILLSTON
                                        United States District Judge