UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC SILVER, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>    Defendant. | Case No. 20-cv-00633-SI<br><br>**ORDER CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO DECEMBER 17 AND SETTING SCHEDULE FOR LIMITED FURTHER BRIEFING**<br><br>Re: Dkt. No. 139 |

  Defendant's motion for summary judgment is scheduled for a hearing on November 4. Plaintiffs' opposition states, *inter alia*, that they require certain outstanding discovery in order to fully oppose the motion.

  The Court has conferred with the Special Master regarding the status of discovery. Based upon his input, the Court CONTINUES the summary judgment motion to **December 17, 2021 at 10:00 am**. The Court will permit plaintiffs to file a supplemental opposition of no more than 10 pages addressing the forthcoming discovery as it relates to defendant's motion by **December 3 at 5:00 pm**, and defendant may file a supplemental reply of no more than 10 pages by **December 8 at 5:00 pm**.

  **IT IS SO ORDERED**.

Dated: October 28, 2021

                        SUSAN ILLSTON
                        United States District Judge