# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 17, 2021 | **Time:** 10:13 – 11:05<br>52 minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 20-cv-00633-SI | **Case Name:** Silver, et al. v. BA Sports Nutrition, LLC | |

**Attorney for Plaintiff:** Laurence King, Maia Kats, George Granade
**Attorney for Defendant:** Matthew Borden, Tracy Zinsou, Pratik Ghosh

**Deputy Clerk:** Esther Chung          **Court Reporter:** Ana Dub

## PROCEEDINGS

Motion for Summary Judgment (Dkt. 139) – held via Zoom webinar.

## SUMMARY

The Court requested that the parties address the questions which were posed in the Order issued at Dkt. 150. The parties provide their oral arguments and rebuttals to the questions posed by the Court. The Motion was taken under submission.