**REESE LLP**
George V. Granade (SBN 316050)
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Counsel for Plaintiffs Marc Silver and Alexander Hill and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC SILVER *and* ALEXANDER HILL, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>Defendant. | Case No. 3:20-cv-00633-SI<br><br>**NOTICE OF WITHDRAWAL OF REESE LLP AND ATTORNEYS GEORGE V. GRANADE AND MICHAEL R. REESE**<br><br>Hon. Susan Illston |

1  TO:    THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

2  **PLEASE TAKE NOTICE THAT** Reese LLP and its attorneys George V. Granade and Michael R. Reese hereby withdraw as counsel for Plaintiffs Marc Silver and Alexander Hill and the proposed class, as well as for subpoena recipient Jennifer Silver, in this action.

Plaintiffs Marc Silver and Alexander Hill and the proposed class, as well as subpoena recipient Jennifer Silver, continue to be represented by other counsel of record herein, Maia Kats of JustFood Law.

Date: April 22, 2022                               Respectfully submitted,

                                                              **REESE LLP**

By:   */s/ George V. Granade*
George V. Granade (SBN 316050)
ggranade@reesellp.com
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070

**REESE LLP**
Michael R. Reese (SBN 206773)
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*Counsel for Plaintiffs Marc Silver and Alexander Hill and the Proposed Class*

---

NOTICE OF WITHDRAWAL OF REESE LLP AND ATTORNEYS GRANADE AND REESE
*Silver v. BA Sports Nutrition, LLC*, No. 3:20-cv-00633-SI

1