J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
Ellen V. Leonida, Esq. (SBN: 184194)
   leonida@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
   kwasniewski@braunhagey.com
Tracy O. Zinsou, Esq. (SBN: 295458)
   zinsou@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

*Attorneys for Defendant*
*BA Sports Nutrition, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC SILVER, ALEXANDER HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>Defendant. | Case No: 3:20-cv-00633-SI<br><br>**DECLARATION OF MATTHEW BORDEN IN SUPPORT OF DEFENDANT BA SPORTS NUTRITION, LLC'S RESPONSE TO PLAINTIFFS' UNAUTHORIZED FILING (DKT. 155)**<br><br>**Judge:** Hon. Susan Illston<br>**Ctrm.:** 1, 17th Floor<br><br>**Complaint filed:** January 28, 2020 |

Case No. 3:20-cv-00633-SI
BORDEN DECL. ISO RESPONSE TO PLAINTIFFS' UNAUTHORIZED FILING

I, Matthew Borden, declare:

1. I am licensed to practice before this Court and a partner at BraunHagey & Borden LLP, counsel of record for Defendant BA Sports Nutrition, LLC ("BodyArmor"). I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. Prior to filing the document entitled "Plaintiffs' Statement Pursuant to Standing Order No. 3" (Dkt. 155), Plaintiffs did not attempt to meet and confer with BodyArmor. Nor did Plaintiffs make any attempt to prepare a joint statement.

3. On February 4, 2022, the parties participated in a conference call with the Special Master regarding the Rule 30(b)(6) deposition. At the conference, I asked that the deposition be postponed to give the Court time to rule on BodyArmor's pending motion for summary judgment. The Special Master stated that he would not postpone the deposition unless Plaintiffs agreed. Plaintiffs then agreed to reschedule the deposition for April 13, 2022, in the hopes that a ruling on BodyArmor's pending motion for summary judgment would issue before then.

4. On April 5, 2022, Plaintiffs cancelled the Rule 30(b)(6) deposition set for April 13, and asked to reschedule it. BodyArmor agreed to reschedule it, and a new date has been set.

5. Attached as **Exhibit 1** is a true and correct copy of an April 13, 2022 email from the Special Master to the parties regarding the scheduling of depositions.

6. Attached as **Exhibit 2** is a true and correct copy of a February 3, 2022 email from Plaintiffs to BodyArmor regarding the Rule 30(b)(6) deposition.

7. Attached as **Exhibit 3** is a true and correct copy of an April 13, 2022 email from Plaintiffs to the Special Master and a "draft statement" which Plaintiffs attached to the email and asked the Special Master to read.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 25, 2022                              Respectfully Submitted,

                                                   By: */s/ Matthew Borden*
                                                   Matthew Borden