| | |
|---|---|
| **JUST FOOD LAW PLLC** <br> Maia Kats (*pro hac vice*) <br> maiakats@justfoodlaw.com <br> 5335 Wisconsin Avenue NW, Suite 440 <br> Washington, District of Columbia 20015 <br> Telephone: (202) 243-7910 <br><br> *Counsel for Plaintiffs Marc Silver and Alexander Hill* | **BRAUNHAGEY & BORDEN LLP** <br> J. Noah Hagey, Esq. (SBN: 262331) <br>   hagey@braunhagey.com <br> Matthew Borden, Esq. (SBN: 214323) <br>   borden@braunhagey.com <br> Ellen V. Leonida, Esq. (SBN: 184194) <br>   leonida@braunhagey.com <br> David H. Kwasniewski, Esq. (SBN: 281985) <br>   kwasniewski@braunhagey.com <br> Tracy O. Zinsou, Esq. (SBN: 295458) <br>   zinsou@braunhagey.com <br><br> BRAUNHAGEY & BORDEN LLP <br> 351 California Street, 10th Floor <br> San Francisco, CA 94104 <br> Telephone: (415) 599-0210 <br> Facsimile: (415) 276-1808 <br><br> *Attorneys for Defendant* <br> *BA Sports Nutrition, LLC* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MARC SILVER, ALEXANDER HILL, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BA SPORTS NUTRITION, LLC, <br><br> Defendant. | Case No: 3:20-cv-00633-SI <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** <br><br> **Judge:** Hon. Susan Illston <br> **Ctrm.:** 1, 17th Floor <br><br> **Complaint Filed:** January 28, 2020 |

**NOTICE OF CONDITIONAL SETTLEMENT**:

Plaintiff Marc Silver, Plaintiff Alexander Hill, and Defendant BA Sports Nutrition, LLC (together, "Parties") respectfully notify the Court that they have agreed to settle this matter. The Parties expect to file a dismissal once the terms of a formal Settlement Agreement have been finalized.

Dated: May 17, 2022                                   Respectfully submitted,

**JUST FOOD LAW PLLC**                                **BRAUNHAGEY & BORDEN LLP**

By:   *s/ Maia Kats (submitted with consent)*         By:   *s/ Matthew Borden*
      Maia Kats (*pro hac vice*)                            Matthew Borden, Esq.

      *Counsel for Plaintiffs*                              *Counsel for Defendant*
      *Marc Silver and Alexander Hill*                      *BA Sports Nutrition, LLC*