JUST FOOD LAW PLLC
Maia Kats (*pro hac vice*)
maiakats@justfoodlaw.com
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015
Telephone: (202) 669-0658

*Counsel for Plaintiffs*

BRAUNHAGEY & BORDEN LLP
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
Tracy O. Zinsou, Esq. (SBN: 295458)
zinsou@braunhagey.com
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARC SILVER and ALEXANDER HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BA SPORTS NUTRITION, LLC,<br><br>Defendant. | Case No. 3:20-cv-00633-SI<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)**<br><br>Judge: Honorable Susan Illston |

Plaintiffs Marc Silver and Alexander Hill and Defendant BA Sports Nutrition, LLC, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with

prejudice as to all claims, causes of action and parties, with each party to bear its own attorneys' fees and costs.

DATED: June 17, 2022

Respectfully submitted,

By: **JUST FOOD LAW PLLC**

*/s/ Maia Kats*
Maia Kats
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 669-0658

**BRAUNHAGEY & BORDEN LLP**

*/s/ Matthew Borden*
Matthew Borden, Esq. (SBN: 214323)
David H. Kwasniewski, Esq. (SBN: 281985)
Tracy O. Zinsou, Esq. (SBN: 295458)
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE