1

2  JUST FOOD LAW PLLC
   Maia Kats (*pro hac vice*)
3  *maiakats@justfoodlaw.com*
   5335 Wisconsin Avenue, N.W.
4  Suite 440
   Washington, D.C. 20015
5  Telephone: (202) 669-0658

6  *Counsel for Plaintiffs*

7  BRAUNHAGEY & BORDEN LLP
   Matthew Borden, Esq. (SBN: 214323)
8  *borden@braunhagey.com*
   David H. Kwasniewski, Esq. (SBN: 281985)
9  *kwasniewski@braunhagey.com*
   Tracy O. Zinsou, Esq. (SBN: 295458)
10 *zinsou@braunhagey.com*
   351 California Street, 10th Floor
11 San Francisco, CA 94104
   Telephone: (415) 599-0210
12 Facsimile: (415) 276-1808
13

14 *Attorneys for Defendant*

15

16

17                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
18                         **SAN FRANCISCO DIVISION**

19 | MARC SILVER and ALEXANDER HILL, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-00633-SI |
20 | | |
21 | Plaintiffs, | **JOINT STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)** |
22 | v. | |
23 | BA SPORTS NUTRITION, LLC, | Judge: Honorable Susan Illston |
24 | Defendant. | |

25

26

27    Plaintiffs Marc Silver and Alexander Hill and Defendant BA Sports Nutrition, LLC, hereby

28 stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with

prejudice as to all claims, causes of action and parties, with each party to bear its own attorneys' fees and costs.

DATED: June 17, 2022

                        Respectfully submitted,

By:   **JUST FOOD LAW PLLC**

       */s/ Maia Kats*
Maia Kats
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone: (202) 669-0658

**BRAUNHAGEY & BORDEN LLP**

       */s/ Matthew Borden*
Matthew Borden, Esq. (SBN: 214323)
David H. Kwasniewski, Esq. (SBN: 281985)
Tracy O. Zinsou, Esq. (SBN: 295458)
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  June 17, 2022

                                                                           
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE